UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jose L. Linares, U.S.D.J. |
| | | Crim. No. 11-536 (JLL) |
| v. | : | |
| DWYLAN S. JOHNSON | : | <u>CONSENT ORDER</u> |

This matter having come before the Court upon the motion of the defendant, DWYLAN S. JOHNSON (Mark A. Berman, Esq., counsel), to strike certain questions from a Post-Conviction Risk Assessment Offender Questionnaire provided to the defendant by the United States Probation Office; and the Court having reviewed the defendant's motion, and the response of the United States (Paul J. Fishman, United States Attorney for the District of New Jersey, by Eric M. Schweiker, Assistant U.S. Attorney); and the United States having represented in its response that the U.S. Probation Office concurs with the resolution of the defendant's motion as set forth in this Order; and the parties have agreed to the form and entry of this Order, as evidenced by their respective counsel's signatures below; and for good cause shown:

IT IS, on this \_\_11th\_\_ day of October, 2011, that defendant DWYLAN S. JOHNSON shall be and hereby is RELIEVED of his obligation to answer those questions in the Post-Conviction Risk Assessment Offender Questionnaire identified in his motion to strike, namely Questions 8, 13, 17, 19, 22, 25, 31, 35, 37, 44, 45, 50, 56, 61, 71, 73, 76, 77, 78, and 80, unless and until

such time as defendant DWYLAN S. JOHNSON'S conviction in this matter becomes final.

I hereby consent to the
form and entry of this Order:

_____
Mark A. Berman, Esq.
Counsel for Defendant
DWYLAN S. JOHNSON

_____
Eric M. Schweiker
Assistant U.S. Attorney

_____
HON. JOSE L. LINARES
United States District Judge

-2-