# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- vs -<br><br>DWYLAN S. JOHNSON,<br><br>        Appellant. | Criminal No. 11-0536 (JLL)<br><br>**<u>ORDER STAYING SENTENCE</u>** |

**THIS MATTER** having come before the Court upon the motion of Defendant-Appellant Dwylan S. Johnson, through his attorneys Hartmann Doherty Rosa Berman & Bulbulia, LLC (Mark A. Berman, Esq., appearing) for entry of an Order staying the remainder of his sentence pending the resolution of his appeal in the captioned matter, and the government (Sarah M. Wolfe, AUSA, appearing) having informed the Court that it does not oppose Defendant's motion, and for good cause shown;

IT IS ON THIS 31 day of JANUARY:

ORDERED, that Defendant's motion be and is hereby GRANTED; and it is further

ORDERED, that all of the restrictions imposed as part of Defendant's sentence (including house arrest, electronic monitoring and community service) shall be and are hereby STAYED pending resolution of this appeal; and it is further

ORDERED, that the government shall provide the U.S. Probation Office with a copy of this Order within three (3) days of filing by the Court.

_____
HONORABLE JOSE L. LINARES
United States District Judge