UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Action No.: 11-0536 (JLL) |
| Complainant, | **ORDER** |
| v. | |
| DWYLAN JOHNSON, | |
| Defendant. | |

**LINARES**, District Judge.

The Court having ruled on Defendant's appeal of the sentence imposed upon him (10-mj-9193-ARM-01), and the Court having vacated said sentence and remanded the matter to United States Magistrate Judge Anthony Mautone,

IT IS on this 23 day of April, 2012, hereby

**ORDERED** that the conditions of Defendant's bail prior to sentencing are hereby reinstated; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this matter.

**IT IS SO ORDERED.**

_____
Jose L. Linares
United States District Judge